Buckeye Union Insurance Company, Appellant,
*v.* Murhammer et al.

Argued September 27, 1973. Before JONES, C. J., EAGEN, O'BRIEN, POMEROY, NIX and MANDERINO, JJ.

*Harry J. Zimmer,* with him *Meyer, Darragh, Buckler, Bebenek and Eck,* for appellant.

*William G. Boyle,* with him *William P. Getty* and *Meyer, Unkovic & Scott,* for appellees.

642

OPINION PER CURIAM, November 26, 1973:
Decree affirmed.
Cost to be borne by Appellant.
Mr. Chief Justice JONES dissents.
Mr. Justice ROBERTS took no part in the consideration or decision of this case.